IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| WILLIAM BUTERA, §<br>    Plaintiff, §<br>§<br>v.  §<br>§<br>FORT BEND COUNTY, TEXAS, §<br>    Defendant. § | CIVIL ACTION NO. H-11-0887 |

# **FINAL JUDGMENT**

In accordance with the jury verdict returned April 30, 2012, it is hereby

**ORDERED** that Plaintiff William Butera take nothing on his complaint against Defendant and final judgment is entered in favor of Defendant Fort Bend County.

This is a final, appealable judgment.

SIGNED at Houston, Texas, this 2nd day of **May, 2012**.

_____
Nancy F. Atlas
United States District Judge